ACCEPTED
12-15-00031-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/22/2015 10:48:03 AM
Pam Estes
CLERK

# Law Offices of Noel D. Cooper

117 North Street, Suite 2
Nacogdoches, Texas 75961

Telephone: (936) 564-9000
Telecopier: (936) 715-6022
noelcooper@noelcooper.com

September 22, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/22/2015 10:48:03 AM

PAM ESTES
Clerk

Cathy Lusk, Clerk
TWELFTH COURT OF APPEALS
1517 West Front Street, Suite 354
Tyler, Texas 75702

RE.:   Docket Nos. 12-15-00031-CR and 12-15-00032-CR, *Mitzi Gail Allgor v. State of Texas*, pending in the Twelfth Court of Appeals of Texas, *appealed from* Cause Nos. CF1302373 and CF1302374, *State of Texas v. Mitzi Gail Allgor*, pending in the County Court at Law of Nacogdoches County, Texas

Dear Ms. Lusk:

I have complied with TEX. R. APP. P. 48.4. Enclosed for filing please find a copy of the postmarked U.S. Postal Service Certified Mail Receipt addressed to Ms. Allgor at the address below. In addition, I have enclosed correspondence received from the United States Postal Service regarding the return receipt for the mailing.

I appreciate your time and attention to this matter.

Very truly yours,

/s/Noel D. Cooper

Noel D. Cooper

Enclosures

cc:   Nacogdoches County Attorney

Mitzi Gail Allgor
3606 Old Lufkin Road
Nacogdoches, Texas 75964

ARTICLE NUMBER:   9414 8118 9956 3807 7336 44

ARTICLE ADDRESSED TO:

Mitzi Gail Allgor
3606 Old Lufkin Road
Nacogdoches TX 75964-7103



**FEES**

| | |
|---|---|
| Postage Per Piece | $2.10½ |
| Certified Fee | 3.45 |
| Total Postage & Fees: | 5.55½ |

**Postmark
Here**



Date: September 18, 2015

N Cooper:

The following is in response to your September 15, 2015 request for delivery information on your Certified Mail™/RRE item number 94148118995638077336 44.  The delivery record shows that this item was delivered on September 11, 2015 at 10:54 am in NACOGDOCHES, TX  75964.  There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service